UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEX RIVERA,

    Plaintiff,

v.                                     Case No: 8:22-cv-0363-KKM-AAS

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____

## ORDER

Plaintiff Alex Rivera accepted an offer of judgment to resolve his claims for unpaid wages and liquidated damages under the Fair Labor Standards Act (FLSA). (Doc. 18.) The Clerk then entered judgment in his favor. (Doc. 21.) As the prevailing party, Rivera now moves for entitlement to attorney's fees and costs. (Doc. 22.)

After reviewing the motion, the Magistrate Judge recommended that the Court grant the motion. (Doc. 27.) The fourteen-day deadline for Waste Pro to object to the Magistrate Judge's recommendation has passed without objection. Nevertheless, the Court reviews the Magistrate Judge's recommendation de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam).

After a complete review, the Court agrees with the Magistrate Judge. As the Magistrate Judge explained, Rivera has established his entitlement to attorney's fees and costs as the prevailing party. *See* 29 U.S.C. § 216(b); *Allen v. City of Grovetown*, 681 F. App'x 841, 845 (11th Cir. 2017).

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Entitlement to Attorney's Fees and Costs (Doc. 22) is **GRANTED**. By **August 22, 2022**, Plaintiff must file a supplemental motion as to the amount of fees and costs requested. *See* Local Rule 7.01(c).

**ORDERED** in Tampa, Florida, on July 6, 2022.

Kathryn Kimball Mizelle
United States District Judge